J. W. SCOTT COCHRANE, Executor and Trustee,

*vs.*

MARIA THERESA LAING, et al.

*Executor—Report of Real Estate.*

A petition by a beneficiary of a decedent's estate, to require the executor, who was empowered by the will to sell real estate, to make a full report of all real estate which came under his control as executor, *held* to require an answer.

*Decided November 17th, 1921.*

Appeal from the Circuit Court for Allegany County, in Equity (HENDERSON, J.).

The cause was argued before BOYD, C. J., THOMAS, PATTISON, URNER, STOCKBRIDGE, and OFFUTT, JJ.

*J. W. Scott Cochrane,* for the appellant.

*Wm. C. Devecmon,* submitting on brief, for the appellee.

URNER, J., delivered the opinion of the Court, by which the order appealed from was affirmed, with costs, and the cause remanded.